Case 1:08-cv-00438   Document 2   Filed 01/22/2008   Page 1 of 1

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff  Cook County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  DELAWARE MARYLAND
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

KC FILED
JAN 22 2008
MICHAEL W. [DOBBINS]
CLERK, U.S. DISTRICT COURT

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Lee Phillip Forman Ltd.
1301 W. 22nd Street
Oak Brook Illinois 60523  630 575 1040

Attorneys (If Known)
Pretzel & Stouffer, Chartered
One South Wacker drive suite 2500
Chicago IL 60606 4673

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [■] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ■ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ■ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**08CV438**
**JUDGE KENNELLY**
**MAGISTRATE JUDGE VALDEZ**

| CONTRACT | TORTS | FORF... | LABOR | SOCIAL SECURITY | OTHER |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 61.. | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury—Med. Malpractice | ☐ 62.. | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Satellite TV |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury—Product Liability | ☐ 63.. | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 810 Selective Service |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 64.. | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 850 Security/Commodity/Exch. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 65.. | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 151 Medicare Act | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 891 Agricultural Acts |
| ☐ 152 Recovery of Defaulted Student Loans (excl. vet.) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 892 Economic Stabilization Act |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 893 Environmental Matters |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | | | | ☐ 894 Energy Allocation Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Inj. / ☐ 385 Property Damage Product Liability | | | | ☐ 895 Freedom of Information Act |
| ☐ 195 Contract Product Liability | ■ 360 Other Personal Inj. | | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 196 Franchise | | | | | ☐ 950 Constitutionality of State Statutes |
| REAL PROPERTY / CIVIL RIGHTS / PRISONER PETITIONS | | | | | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation / ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | | | | | |
| ☐ 220 Foreclosure / ☐ 442 Employment / Habeas Corpus: | | | | | |
| ☐ 230 Rent Lease & Ejectment / ☐ 443 Housing/Accommodations / ☐ 530 General | | | | | |
| ☐ 240 Torts to Land / ☐ 444 Welfare / ☐ 535 Death Penalty | | | | | |
| ☐ 245 Tort Product Liability / ☐ 445 ADA—Employment / ☐ 540 Mandamus & Other | | | | | |
| ☐ 290 All Other Real Property / ☐ 446 ADA — Other / ☐ 550 Civil Rights | | | | | |
| ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- [■] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

Nursing Home Death case/42CFR 483.25 (c)

**VII. PREVIOUS BANKRUPTCY MATTERS** (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

**VIII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ■ No

**IX. This case**
☐ is not a refiling of a previously dismissed action.
■ is a refiling of case number  07 L 010791  07C6500 , previously dismissed by Judge  KENNELLY

DATE  1/22/08

SIGNATURE OF ATTORNEY OF RECORD