CH

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
PETER CANGELOSI, Special Administrator
of the Estate of CONCETTA CANGELOSI
Deceased

Case Number:

**FILED**
JAN 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PETER CANGELOSI, Special Administrator
of the Estate of CONCETTA CANGELOSI
Deceased

08CV438
JUDGE KENNELLY
MAGISTRATE JUDGE VALDEZ

| | |
|---|---|
| NAME (Type or print)<br>LEE PHILLIP FORMAN | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ | |
| FIRM<br>LEE PHILLIP FORMAN LTD | |
| STREET ADDRESS<br>1301 W 22ND | |
| CITY/STATE/ZIP<br>OAK BROOK IL 60523 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>0848883 | TELEPHONE NUMBER<br>630 575 1040 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |