# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 438 | **DATE** | 1/25/2008 |
| **CASE TITLE** | Cangelosi vs. Sunrise Senior Living | | |

**DOCKET ENTRY TEXT**

The case is set for an initial status hearing on 2/21/08 at 9:00 a.m. in Judge Kennelly's chambers. Counsel for both sides are directed to attend. Counsel are directed to review and comply with the terms of Judge Kennelly's standing initial order, which may be found on his web page, located at http://10.205.15.104/JUDGE/KENNELLY/INIT-ORD.htm.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|