# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 438 | **DATE** | 1/25/2008 |
| **CASE TITLE** | Cangelosi vs. Sunrise Senior Living | | |

**DOCKET ENTRY TEXT**

This case is a refiling of 07 C 6500. Despite the Court's admonitions when 07 C 6500 was pending, the new complaint does not establish this Court's jurisdiction. Specifically, the complaint does not identify the *citizenship* (as opposed to residency) of the plaintiff; it does not identify the state(s) in which the defendant corporation is incorporated and has its principal place of business; and it does not identify the citizenship of the members of the defendant LLC, including the complete citizenship of any corporate or "LLC" members. *See Mut. Assign. & Indem. Co. v. Lind-Waldock & Co., LLC,* 364 F.3d 858, 861 (7th Cir. 2004); *Cosgrove v. Bartolotta,* 150 F.3d 729, 731 (7th Cir. 1998). Unless plaintiff files an amended complaint by 2/8/08 curing these defects, the Court will dismiss the case for lack of subject matter jurisdiction.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|