## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>Peter Cangelosi, Special Administrator of the Estate<br>of Concetta Cangelosi, Deceased<br>v.<br>Sunrise Sneior Living Services, Inc., et al. | Case Number: 08 C 0438 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
SUNRISE SENIOR LIVING SERVICES, INC. and SUNRISE CONTINUING CARE L.L.C.

| |
|---|
| NAME (Type or print)<br>Daniel B. Mills |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Daniel Mills |
| FIRM<br>Pretzel & Stouffer, Chartered |
| STREET ADDRESS<br>One S. Wacker Drive, Suite 2500 |
| CITY/STATE/ZIP<br>Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6201635 | TELEPHONE NUMBER<br>(312) 578-7524 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

A copy of the **Appearance of Daniel B. Mills on behalf of Sunrise Senior Living Services, Inc. and Sunrise Continuing Care, L.L.C.,** was filed electronically this **31st day of January, 2008**. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's electronic system.

**ATTORNEY FOR PLAINTIFF**
Lee P. Forman, Esq.
Lee Phillip Forman, Ltd.
1301 West 22nd Street
Suite 603
Oak Brook, IL 60523
PH: (630) 575-1040
FX: (630) 572-9763
lee4man@sbcglobal.net

                                                              s/Robert E. Sidkey
                                                           Robert E. Sidkey (Illinois Bar No. 6271444)
                                                           Pretzel & Stouffer, Chartered
                                                           One South Wacker Drive-Suite 2500
                                                           Chicago, Illinois 60606
                                                           Telephone: (312) 578-7489
                                                           Fax: (312) 346-8242
                                                           E-Mail: rsideky@pretzel-stouffer.com
                                                           Attorneys for Defendant