U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                    Case Number: 08 C 0438
Peter Cangelosi, Special Administrator of the Estate
of Concetta Cangelosi, Deceased
v.
Sunrise Sneior Living Services, Inc., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
SUNRISE SENIOR LIVING SERVICES, INC. and SUNRISE CONTINUING CARE L.L.C.

| | |
|---|---|
| NAME (Type or print)<br>Robert E. Sidkey | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ | |
| FIRM<br>Pretzel & Stouffer, Chartered | |
| STREET ADDRESS<br>One S. Wacker Drive, Suite 2500 | |
| CITY/STATE/ZIP<br>Chicago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6271444 | TELEPHONE NUMBER<br>(312) 578-7489 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?           YES ✓   NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES ☐   NO ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?            YES ✓   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ✓   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

A copy of the **Appearance of Robert E. Sidkey on behalf of Sunrise Senior Living Services, Inc. and Sunrise Continuing Care, L.L.C.**, was filed electronically this **31st day of January, 2008**. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's electronic system.

**ATTORNEY FOR PLAINTIFF**
Lee P. Forman, Esq.
Lee Phillip Forman, Ltd.
1301 West 22nd Street
Suite 603
Oak Brook, IL 60523
PH: (630) 575-1040
FX: (630) 572-9763
lee4man@sbcglobal.net

                                           s/Robert E. Sidkey
                                           Robert E. Sidkey (Illinois Bar No. 6271444)
                                           Pretzel & Stouffer, Chartered
                                           One South Wacker Drive-Suite 2500
                                           Chicago, Illinois 60606
                                           Telephone: (312) 578-7489
                                           Fax: (312) 346-8242
                                           E-Mail: rsideky@pretzel-stouffer.com
                                           Attorneys for Defendant