# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Peter Cangelosi

                           Plaintiff,

v.                                      Case No.: 1:08–cv–00438

                                      Honorable Matthew F. Kennelly

Sunrise Senior Living Services Inc, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 21, 2008:

     MINUTE entry before Judge Matthew F. Kennelly :Status hearing pursuant to Rule 16(b) held on 2/21/2008 with attorneys for boths sides. Rule 26(a)(1) disclosures are to be made by 3/6/2008. Status hearing continued to 6/24/2008 at 09:00 AM. Deadline for amending pleadings and adding parties is 9/30/2008. Fact discovery ordered closed 12/8/2008, including treating medical personnel. Rule 26(a)(2) disclosures are due by 1/12/2009 for plaintiff and 2/19/2009 for defendants. Expert discovery ordered closed 3/30/2009. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.