# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 0438 |
| Peter Cangelosi, Special Administrator of the Estate of Concetta Cangelosi, Deceased | FILED |
| v. | JUN 23 2008  EA |
| Sunrise Senior Living Services, Inc., et al., | MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SUNRISE SENIOR LIVING SERVICES, INC. and SUNRISE CONTINUING CARE L.L.C.

| |
|---|
| NAME (Type or print)<br>Pedro E. Koe-Krompecher |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ |
| FIRM<br>Pretzel & Stouffer, Chartered |
| STREET ADDRESS<br>One South Wacker Drive, Suite 2500 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6289960 | TELEPHONE NUMBER<br>312-578-7455 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |

FILED
JUNE 23, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

A copy of the Appearance of Pedro E. Koe-Krompecher on behalf of Sunrise Senior Living Services, Inc. and Sunrise Continuing Care, L.L.C., was filed electronically this 23rd day of June, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's electronic system.

**ATTORNEY FOR PLAINTIFF**

Lee P. Forman, Esq.
Lee Phillip Forman, Ltd.
1301 West 22nd Street
Suite 603
Oak Brook, IL 60523
PH: 630-575-1040
FX: 630-572-9763
lee4man@sbcglobal.net

s/Pedro E. Koe-Krompecher
Pedro E. Koe-Krompecher (Illinois Bar #6289960
Pretzel & Stouffer, Chartered
One South Wacker Drive - Suite 2500
Chicago, Illinois 60606
Telephone: (312) 578-7455
Fax: (312) 346-8242
E-Mail: pkoe-krompecher@pretzel-stouffer.com
Attorneys for Defendant